# FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**MAY 2 1** 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | |
|---|---|
| PAUL K. VALDEZ, #1091924, ) | CASE NO.: 8:03-1118-20BI |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM IN |
| ) | SUPPORT OF |
| CAPTAIN CLIFF MCELGOGUE; BERKELEY ) | DEFENDANTS SCHAEFER |
| COUNTY SHERIFF H. WAYNE DEWITT; ) | AND BRODIE'S |
| SARGENT TONY RILEY; DOCTOR MARCUS ) | MOTION FOR SUMMARY |
| SCHAEFER; and NURSE PAULA BRODIE, ) | JUDGMENT |
| ) | |
| Defendants. ) | |
| ) | |

This is a §1983 civil rights case. According to the Complaint, the Plaintiff was a pre-trial detainee at the Berkeley County Detention Center. He alleges that on several occasions he requested psychological and medical attention, as well as prescriptive medication. He alleges that his civil rights were violated by various jail personnel who deprived him of the medication and by placing him in a lockdown which, in turn, resulted in two cell mates physically beating him. He alleges further that his right to due process was violated, and that the administration at the jail intentionally tried to block his access to the court and hinder his efforts to obtain information that would help prepare him to defend himself in court. He alleges that he is entitled to certain remedies, one of which is reimbursement for medical expenses for psychiatric care, as well as for prescribed medications.

The allegations of the Plaintiff are classic as to allegations of medical negligence or medical malpractice. The law is clear that allegations themselves do not support a §1983 action against the medical personnel, Dr. Schaefer and Nurse Brodie.

HALIO & HALIO, CHARLESTON, SOUTH CAROLINA

**APPLICABLE LAW**

In *Estelle v. Gamble*, 429 U.S. 97 (1976), the United States Supreme Court established that "deliberate indifference" to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain" proscribed by the Eighth Amendment. In *West v. Adkins*, 487 U.S 42 (1988), the court held that physicians employed to provide medical services to state prison inmates (Dr. Schaefer was so employed) act under color of state law for purposes of §1983 when undertaking their duties and treating prisoners. Where, as here, plaintiff is a pre-trial detainee, and not a convicted prisoner, his claim is governed by the due process clause of the Fourteenth Amendment, rather than the Eight Amendment's prohibition against cruel and unusual punishment. *Martin v. Gentile*, 843 Fed. 2d 863, 870 (4th Cir. 1988). Mere negligence or malpractice is insufficient to establish a claim for deliberate indifference to a prisoner's serious medical needs.

A complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment. Medical malpractice does not become a constitutional violation merely because the victim is a prisoner. In order to state a cognizable claim, a prisoner must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. *Estelle v. Gamble,* supra., 426 U.S. at 106.

In *Farmer v. Brennan*, 114 S. Ct. 1970 (1994), a non-medical case, the Supreme Court reiterated that deliberate indifference "entailed something more than mere negligence." 114 S. Ct. at 1978.

The Fourth Circuit has also held that mere malpractice or negligence in diagnosis or treatment does not state a §1983 claim. In *Sosebee v. Murphy*, 797 Fed. 2d 179 (4th

Cir. 1986), the court held that an alleged negligent misdiagnosis of a pierced esophagus failed to state a claim for deliberate indifference against prison health officials. See also: *Miltier v. Beorn*, 896 Fed. 2d 848, 852 (4th Cir. 1990) ("Mere negligence or malpractice does not violate Eighth Amendment'); *Webster v. Jones*, 554 Fed. 2d 1285 (4th Cir. 1977) ("Failure to diagnose eye problems states no claim"); *Russell v. Sheffer*, 528 Fed. 2d 318, 319 (4th Cir. 1975)("Questions of medical judgment are not subject to judicial review"). Also see: *Brown v. Harris*, 240 Fed. 3d 383 (4th Cir. 2001)("Prison officials who act reasonably cannot be found liable under the Cruel and Unusual Punishments clause").

## ANALYSIS

To establish that a healthcare provider's actions constitute deliberate indifference to a serious medical need, the treatment must be so grossly incompetent, inadequate, or excessive as to shock the conscious or to be intolerable to fundamental fairness. *Rogers v. Evans*, 792 Fed. 2d 1052, 1058 (11th Cir. 1986). Deliberate indifference may be demonstrated by either actual intent or reckless disregard. *Benson v. Cady*, 761 Fed. 2d 335, 339 (7th Cir. 1985). A defendant acts recklessly by disregarding a substantial risk of danger that is either known to the defendant, or would be apparent to a reasonable person in the defendant's position. Nevertheless, mere negligence or malpractice does not violate the Eighth or Fourteenth Amendments.

Deliberate indifference in the face of pervasive risk of harm or deliberate indifference or callous indifference on the part of the medical provider to a specific known risk of harm states an Eighth Amendment claim. *Pressley v. Hutto*, 816 Fed. 2d 977 (4th Cir. 1987).

In this particular case, the medical record establishes that from a factual standpoint, Dr. Shaefer and Nurse Brodie did not exhibit deliberate indifference, nor are those words used in the context of Plaintiff's Complaint with regard to his medical care. As stated in Dr. Shaefer's Affidavit, and attested to by Nurse Brodie, as well as the medical records which are attached, Nurse Brodie saw the Plaintiff frequently and reported his complaints to Dr. Schaefer. Under the South Carolina Nurse Practice Act, Nurse Brodie was unable to make a diagnosis and, consequently, her responsibility was to report the complaint or complaints to Dr. Schaefer, which she did.

The record discloses visits by Dr. Schaefer to the Plaintiff, wherein he perform physical examinations; orders that the Plaintiff be placed in lockdown for the protection of the Plaintiff and the other inmates; and was evaluated for psychological symptoms on at least three different occasions. Plaintiff's psychiatric medical records were sought, received, and reviewed by Dr. Schaefer. Plaintiff's thyroid condition was evaluated. Plaintiff was continued on the medication in order to manage his symptoms, as in the past. No medical requests or complaints were received relating to potential problems with plaintiff's thyroid condition.

## CONCLUSION

Under Rule 56, summary judgment shall be granted where there is no genuine issue of material fact and the moving party is entitled to judgement as a matter of law. Summary judgment is proper where the record, taken as a whole, could not lead a rational trier of fact to find for the non-moving party. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248-249 (1986). The non-moving party must establish the existence of a genuine issue of material fact by presenting evidence on which a jury could reasonably find in his

favor. *Anderson*, supra. 477 U.S. at 248-249. In this instance, Plaintiff's own Complaint establishes that, at most, he might have a medical malpractice claim against Dr. Shaefer and Nurse Brodie in the State Court, but even that is doubtful. In light of the forgoing, Dr. Shaefer's affidavit and Nurse Brodie's affidavit, these Defendants request that this honorable court issue an order granting them summary judgment in their favor.

Respectfully submitted,

HALIO & HALIO
Attorneys for Defendants
Dr. Marcus Schaefer and
Nurse Paula Brodie

ELLIOTT T. HALIO
Fed. ID: 1670
13 N. Adgers Wharf / Box 747
Charleston, SC 29402-0747
(843) 577-5200

This ___ day of May 2003

Charleston, South Carolina

HALIO & HALIO, CHARLESTON, SOUTH CAROLINA

5

## CERTIFICATION

This is to certify that the undersigned did this date serve the Memorandum in Support of Defendants' Motion for Summary upon the parties below listed by mailing a copy of the same to their appropriate addresses, Mr. Paul K. Valdez, c/o P. Valdez, 103 Ruffin Road, Summerville, SC 29483 and Sandra J. Senn, Esquire, Post Office Box 12279, Charleston, SC 29422-, postage prepaid on this __ day of May, 2003.

HALIO & HALIO
Attorneys for Defendants
Marcus Schaefer, M.D. and
Paula Brodie, RN

ELLIOTT T. HALIO
Fed. ID No. 1670
13 N. Adgers Wharf / Box 747
Charleston, SC 29402-0747
(843) 577-5200

HALIO & HALIO, CHARLESTON, SOUTH CAROLINA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| PAUL K. VALDEZ, #1091924, | ) | CASE NO.: 8:03-1118-20BI |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CAPTAIN CLIFF MCELGOGUE; BERKELEY | ) | |
| COUNTY SHERIFF H. WAYNE DEWITT; | ) | AFFIDAVIT OF |
| SARGENT TONY RILEY; DOCTOR MARCUS | ) | PAULA BRODIE, RN |
| SCHAEFER; and NURSE PAULA BRODIE, | ) | |
| | ) | |
| Defendants. | ) | |

PERSONALLY, appeared before me, Paula Brodie, RN, who being first duly sworn,

states as follows:

1.    That she is a licensed, registered nurse licensed by the State of South Carolina.

2.    That she is employed by Marcus Schaefer, M.D. to provide medical services on a
full-time basis at the Berkeley County Detention Center.  In that capacity, affiant
saw the Plaintiff, Paul K. Valdez, on several occasions as reflected in the medical
chart, a copy of which is attached to the affidavit of Marcus Schaefer, M.D.

3.    That in regard to Plaintiff's complaints, affiant visited with the Plaintiff and
listened to his complaints.  Being unable by law to make a diagnosis, she referred his
complaints to Dr. Marcus Schaefer, the prison doctor, as set forth in Dr.
Schaefer's affidavit.

4.    That she did see and examine the Plaintiff, along with Dr. Schaefer, within
seventy-two hours of his admission into the Berkeley County Detention Center.

5.    That the medical chart will reflect that affiant's visits with the Plaintiff and the
care provided to the Plaintiff were appropriate based upon the complaints of the
patient and the examinations by Dr. Schaefer.

6.    That the undersigned always listened to and was concerned with the wants and/or
needs of the Plaintiff and attended to such as reflected in his medical chart.

PAULA  BRODIE, RN

SWORN to before me

This 19 day of May 2003

NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires:  3/5/09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

PAUL K. VALDEZ, #1091924,       )     CASE NO.: 8:03-1118-20BI
                 Plaintiff,     )
                             )
      v.                   )
                             )
CAPTAIN CLIFF MCELGOGUE; BERKELEY   )     AFFIDAVIT OF
COUTY SHERIFF H. WAYNE DEWITT;   )   MARCUS SCHAEFER, M.D.
SARGENT TONY RILEY; DOCTOR MARCUS   )
SCHAEFER; and NURSE PAULA BRODIE,   )
                             )
            Defendants.    )

PERSONALLY appeared before me, Marcus Schaefer, M.D., who being duly

sworn states as follows:

1.     That he is a licensed medical doctor, licensed by the State of South Carolina and
in practice in Berkeley County, South Carolina,

2.     That he has a contract with Berkeley County to provide medical services to the
inmates of the Berkeley County Detention Center.

3.     That he was the prison doctor for the Berkeley County Detention Center at the
time Paul Valdez was admitted into the said facility.

4.     That the date of entry by Paul Valdez into the facility was September 19, 2001.
That he was incarcerated for attempting to acquire medication utilizing a
prescription made out to his mother and was also being investigated for the
offense of murder of his mother, for which he was charged on October 16, 2001.

5.     That South Carolina law requires that an inmate be medically examined within
fourteen days of admission into the facility.  It is the custom and practice of
affiant to see the inmate as soon as possible.  In this instance, Mr. Valdez was
examined by affiant and Nurse Paula Brodie within seventy-two hours of his
admission to the facility.

6.     That at the time of examination, the Plaintiff complained of depression, panic
disorder, anxiety disorder, post traumatic stress disorder (PTSD), agoraphobia and
borderline personality disorder.   He also related a history of hyperthyroid
toxicosis, radioactive iodine treatment, and maintenance with synthroid.  The
other medications he was taking included klonopin and imipramine.  Plaintiff had
a history of using cocaine, narcotics, codeine, marijuana and beer.

7.   That his physical examination was unremarkable and, on that day, he denied any medical problems. Synthroid maintenance was ordered. Medical records were sought from Plaintiff's last two psychological therapists.

8.   After receiving medical records from various sources, obtaining his prior medical history and his current history, and affiant's medical evaluation, it was affiant's medical decision that Plaintiff was best treated with imipramine, 50 mgs in the morning and 100 mgs in the afternoon, for depression and sleep management. Klonopin is a benzodiazapine and is a rare cause of psychosis, including hallucinations and/or delusions. Plaintiff was not observed having these symptoms. Any withdrawal symptoms from klonopin would last a matter of days, sometimes weeks, but not months. Any withdrawal symptoms as complained of by Plaintiff, if real, could have been from cigarettes or any of many street drugs.

9.   While Plaintiff was a resident of A-pod, his complaints of an altercation were brought to affiant's attention. Affiant went to A-pod where he performed an evaluation of the Plaintiff and found him to be alert, oriented, psychologically stable and having an unremarkable neurological evaluation. Affiant could find no evidence of recent physical trauma. Plaintiff's chest was clear; his heart was at regular rate without murmur; his abdomen demonstrated no tenderness, guarding or rebound. Affiant is not aware of a history of two fractured ribs and Plaintiff did not demonstrate the same.

10.  Plaintiff was never denied psychiatric care. He was evaluated for psychological symptoms at least three times by this physician. His psychiatric medical records were received and reviewed by affiant. Plaintiff's thyroid condition was evaluated. His medical records regarding his thyroid condition were reviewed and evaluated. Plaintiff was continued on the medication which has succeeded in managing his symptoms in the past. No medical requests or complaints were received relating to potential problems with Plaintiff's thyroid condition.

11.  On November 14, 2001 Mr. Valdez was evaluated because of psychological complaints, including hallucinations and psychosis. The evaluation was unremarkable in that his alertness and orientation, and psychological symptoms such as depression, suicidal or homicidal ideations, looseness of association, hallucinations and/or delusions were absent. Therefore, it was affiant's decision that referral for psychological evaluation was not indicated.

12.  Plaintiff was confined to A-pod, high security cellblock with limited privileges for different reasons at different times. A portion of the time he was assigned to A-pod was directly related to medical issues. For example, Plaintiff was found to be buying other inmates medications by utilizing the pastries and other desirable items from the canteen. Buying medications is a very dangerous medical situation for all involved. Plaintiff purchasing medications from other inmates

presents a potential life-threatening or serious medical problem for the Plaintiff and everyone involved. By selling their medications, inmates may have withdrawal symptoms and serious psychiatric reactions and symptoms. Plaintiff, by taking other people's medications, may have life threatening side effects or interactions with his other medications. Therefore, a portion of Mr. Valdez' time in A-pod was to prevent him from buying and taking other inmates' medications.

13.    There is no evidence, nor do I believe that Paula Brodie, RN or myself have changed or modified medical care for Plaintiff due to contempt, discrimination or because of his alleged crime. Affiant is aware that Nurse Brodie was frustrated, as was affiant, that there were so many problems with medication and the resulting extra work to evaluate and correct the situation that was caused by Plaintiff obtaining and taking other inmates' medications.

14.    That it is affiant's belief that Plaintiff, Mr. Valdez, is being provided adequate psychiatric and other medical treatment consistent with his overall health condition. There is no evidence that he has been denied or withheld any psychiatric or medical care as evidenced by his medical chart attached hereto as Exhibit 1 and incorporated into this affidavit by reference.

_____
MARCUS SCHAEFER, M.D.


SWORN to before me

This ___ day of May 2003

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 3/5/09



**WAYNE DeWITT**
**SHERIFF**

**L. R. HEROD**
**CHIEF DEPUTY**

# FAX

DATE: _052002_

TO: _Dr Tezza_

FROM: _Paula_

BERKELEY COUNTY DETENTION CENTER  Clinic
300 CALIFORNIA AVE.
MONCKS CORNER, SC 29461
TELEPHONE NUMBER (843) 719-4551   or 723-3800 extension 4551
FAX NUMBER (843) 719-4552

THIS IS PAGE ___1___ OF ___24___ PAGE(S). IF THE TRANSMISSION IS
INCOMPLETE, PLEASE CALL (843) 719-4551 FOR RE-TRANSMISSION.

MESSAGE: _See attached - all records_
_X records I rec'd from MUSC Endocrine_
_and Dr Estejoss Columbia, Jay lor street_
_which I cannot transfer to you -_
_Good Luck - J Rob RN_          ☺

**THANK YOU!**

_Records from IM Detention Center folder_
_can be obtained by calling 843-719-4742_

Berkeley County Sheriff's Department
300 California Avenue • Moncks Corner, South Carolina 29461
Moncks Corner: (843) 761-6900 • St. Stephen: (843)567-3136 • Charleston: (843) 723-3800

# FAX TRANSMISSION

## William S. Hall Psychiatric Institute
### Forensic Services

1800 Colonial Drive
Post Office Box 202
Columbia, South Carolina 29202

Fax: (803) 898-1357

ATTN TO: Paula

To: Nursing Staff

From: Camilla Juzzi, PhD

Organization: Berkeley County Detention Center

Phone: (803) 898 - 1392

Date: 5/17/02

Fax: (843) 719 - 4552

Subject: records request

Phone: (843) 719 - 4546

Pages: 2 , including this cover sheet.

Comments: Paula - Thanks for your assistance. For now, we just need medical/psychiatric records & if in request notes. If entire record is needed at a later point, shall phone you to make that request. Thanks again

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential, or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use, is strictly prohibited. If you have received this transmission in error, please notify us by phone immediately so that we can arrange for its return to us.

Thank you for your cooperation.

## AUTHORIZATION TO REQUEST/RELEASE INFORMATION

Patient's Name: _Paul Kenneth Valdez_

Patient's Address: _Berkley County Dtn. Ctr._

Medical Record No.: _891 - 7455_

SS No.: _250 - 29 - 7068_

Patient's DOB: _2/15/67_

The purpose of the release is to: _obtain info RE: Dx, tx, functioning_

I hereby authorize

- ☐ G. Werber Bryan Psychiatric Hospital (803) 935-7862
- ☐ Byrnes Medical Center (803) 734-6980
- ☐ R.M. Campbell Veterans Nursing Home (803) 261-6734
- ☐ Crafts-Farrow State Hospital (803) 935-7728
- ☐ _____ Community Mental Health Center

- ☐ William S. Hall Psychiatric Institute (803) 734-7041
- ☐ Harris Psychiatric Hospital (803) 231-2611
- ☐ Morris Village (803) 935-7745
- ☐ South Carolina State Hospital (803) 734-6571
- ☐ C.M. Tucker/Dowdy Gardner Nursing Care Center (803) 737-5287
- ☑ _Berkley County Dtn. Ctr._

to release the following information from the medical records of the above-named to:

Name: _Dr. Camilla Tegga_

Address: _USHPI Forensic Services_
_PO Box 202          Cola, SC 29202_

Telephone No.: _(803) 898 - 1392_

Relation to Patient: _evaluating consultant_
_court-ordered evaluation_

PORTION OF THE MEDICAL RECORD TO BE RELEASED:

- ✓ Diagnoses
- ____ Admission and Discharge Dates
- ✓ Discharge Summary (Summary of Treatment)
- ✓ History & Physical
- ✓ Psychiatric History and Mental Status Examination
- ____ Consultants Notes

- ____ Clinical History & Evaluation
- ____ Individualized Treatment Plan Progress Summaries
- ____ Physician's Medication Orders
- ____ Other (Please list) _all psychiatric/medical_
  _records; complete record (daily_
  _log etc.) if needed_

Date(s) of Treatment _from Sept 2001_

You may withdraw this consent at any time by written notification to the facility, provided action has not been taken in reliance upon this authorization. Without written notice to withdraw this consent, it expires at the earlier of the listed expiration date or upon the release of the information.

I AM AWARE THAT WHEN MY MEDICAL RECORDS REFLECT INFORMATION CONCERNING PSYCHOLOGICAL OR PSYCHIATRIC IMPAIRMENTS, DRUG ABUSE, AND/OR ALCOHOLISM, AND/OR INFORMATION REGARDING HUMAN IMMUNODEFICIENCY VIRUS (HIV) AND OTHER INFECTIOUS DISEASES, THAT THIS INFORMATION WILL BE RELEASED AS PART OF MY MEDICAL RECORD.

_5/7/02_
DATE

_Paul K Valdez_
PATIENT'S SIGNATURE

STATE REASON PATIENT UNABLE TO SIGN: _____

_____
DATE

_____
EXPIRATION DATE

AUTHORIZED PERSON/RELATIONSHIP

_Camilla Tegga, PhD_
WITNESS

NOTE: The execution of this form does not authorize the release of information other than that specifically described. The information requested on this form is protected by State or Federal laws and will authorize release of the information specified. All items must be completed. If the information is not complete, we may not be able to comply with your request.

SCDMH FORM
REV OCT 93
MH-450D

**BERKELEY COUNTY DETENTION CENTER**
**REQUEST TO STAFF MEMBER**

DATE: 2-5-02 TO: Srgt. Sanders

CELL#: B-1    NAME: Paul Valdez

WORK ASSIGNMENT: _____ BUNK #: _____

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF NECESSARY)

Dear Mrs Sanders, per our conversation yesterday, Just a friendly reminder to please address my problem with my request to revert back to General population meals with the Kitchen Manager and Nurse Paula. Thank-you Very much! Gratefully

Paul Valdez

DISPOSITION BY STAFF MEMBER:

_____
_____
_____
_____
_____

DATE: _____ SIGNATURE: _____

## BERKELEY COUNTY DETENTION CENTER
## REQUEST TO STAFF MEMBER

DATE: 2-4-02 TO: Nurse Paula

CELL#: R1    NAME: Paul Valdez

WORK ASSIGNMENT:_____ BUNK #:_____

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF NECESSARY)

Dear Nurse Paula, Will you Please give your approval to the Kitchen manager for me to Revert back to General population Meals. I cant tolerate the vegie patties and apparently they need your approval to make the Charge. THANK You for Your help!        GrAtefully

                              Paul Valdez

DISPOSITION BY STAFF MEMBER:

020402-Diet Changed per Sgt Riley
                              RBKN

DATE:_____ SIGNATURE:_____

## BERKELEY COUNTY DETENTION CENTER MEDICAL EVALUATION SHEET

NAME: Paul Valdez    CELL: B1    DATE: 011802

NATURE OF COMPLAINT: Vegetarian Diet Only

CHRONIC MEDICAL CONDITION:

MEDICATION TAKEN (IF ANY) & DOSAGE:

ALLERGIES:

REFERRAL (MEDICAL/DENTAL/MENTAL): _____ DATE: _____

FOLLOW UP & DATE: _____

_BERKELEY COUNTY DETENTION CENTER MEDICAL EVALUATION SHEET_

NAME: _Paul Valdez_                    CELL: _B-1_ DATE: _1-18-02_

NATURE OF COMPLAINT: _Pain in Penus_

_____

_____

CHRONIC MEDICAL CONDITION: _Leaking Puss like Fuid_

_012202- I/M states he did not put in_

MEDICATION TAKEN (IF ANY) & DOSAGE: _Sick Slip - denies any_

_____ _C/O_ _____

ALLERGIES: _____

REFERRAL (MEDICAL/DENTAL/MENTAL): _____ DATE: _____

FOLLOW UP & DATE: _____

DOCTOR: _____ DATE: _____

Inmates Sex: _____ Age: _____ Weight: _____ Height: _____ SS#: _____

## BERKELEY COUNTY DETENTION CENTER
## REQUEST TO STAFF MEMBER

DATE: 1-17-02    TO: MR Robinson

CELL#: B-1    NAME: Paul Valdez

WORK ASSIGNMENT: _____ BUNK #: _____

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF NECESSARY)

Because of my adoption of certain religious Principles, I will require Vegitarian Meals. I can no longer eat Meat. Thank you

Gratefully

Paul Valdez

DISPOSITION BY STAFF MEMBER:

DATE: _____ SIGNATURE: _____

AHN: An__ __ with authority to
____ ____ assignment to avoid further
____ between Inmates.

## BERKELEY COUNTY DETENTION CENTER
### REQUEST TO STAFF MEMBER

DATE: 11-18-__    TO: Sgt Riley

CELL#: B-1    NAME: Paul Valdez

WORK ASSIGNMENT: _____ BUNK #: _____

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF
NECESSARY)

Dear Sir: You tell me ___ ___ ___ ___ ___
to a ___ know if I have any trouble with
anyone ___ Reluctantly, My cellmate Jeffery
Colony seems to have become discontented with
me and ___ ___ ___ ___ ___
___ ___ ___ ___ but ___ ___
___ ___ ___ ___ ___ proof ___ ___

DISPOSITION BY STAFF MEMBER:

_____

_____

_____

_____

_____

DATE: _____ SIGNATURE: _____

BERKELEY COUNTY DETENTION CENTER
MARCUS SCHAEFER MD
300 CALIFORNIA AVE                    MEDICAL RECORD
MONCKS CORNER, SC 29461                  (INMATES)

NAME: Valdez, Paul    SS# 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
DATE OF BIRTH: 02/15/67

**DATE**

| 102301 | (Con't) I/M states atty is "Wolf in N Chas" I/M states food trays he is given have "GHP" in them. MS Littlejohn to f/u. RJB RN. |
| 102501 | VO Dr Schaefer Levoxyl/Synthroid 100mcg PO QHS VO Dr Schaefer / RJB RN |
| 111401 | To see Dr Schaefer in clinic per I/M request to have medications increased ↑ RJB RN — Imipramine 50 mg Am + Imipramine 100 mg 2 g HS A Imipramine 111501 VO Dr Schaefer / RJB RN Coherent · Rational · interchange Sleep problems — see 4 chart No referral indicated at this t |

# DETENTION CENTER CONSULTATION & REFERRAL
## TO MENTAL HEALTH CENTER

#: _111401_

Inmate's Name: _Paul Valder_          DOB: _021567_          SSN: _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_

Home Address: _____          Phone: _____

Date of Incarceration: _091901_          Charges: _Financial Transaction Card Theft, Murder,_ obtaining

Expected Date of Release: _Unknown_          Marital Status: S  M  W  (Div) Sep.    Last Grade Completed: _____

Number in Household: _____          Next of Kin: _____

Relationship: _____          Telephone Number: _____

Address: _____

**Reason for Consultation/Referral (state specific concerns):**

☐ Suicidal - no   Plan: __Yes __No        Intent: __Yes __No        Attempt: __Yes __No

☐ Homicidal no   Plan: __Yes __No        Intent: __Yes __No        Attempt: __Yes __No
Name of Person Targeted: _____

☐ Psychotic     Type of Hallucinations: ✓Auditory __Visual __Tactile __Olfactory ✓Paranoid
— hears "derogatory things about myself"   believes people

☐ Psychotropic Medication Reaction
Medication: in _____     Describe Reaction: _____  — talki. dead

☐ Other: _____

**Problem Checklist:**     Has problem w noise and light. Does not
                          like discussions of it. Pat. sleeps ~ nights

__Depression/Irritability  ✓Sleep  ∅Energy  __Appetite  __Concentration  __Talking to self

__Excessive crying spells  __Continuous pacing  __Seeing things that are not there   plays
                                                                                    spades
__Acting strange (describe): _____

**Psychiatric History:**

Psychiatric Diagnosis (list): _____

Recent Treatment: Where _Brian - depression_ _____ When _See medical record_
                                  + suicide.

Past Treatment: _P_ _____

Hospitalizations: _See medical record_ _____

Alcohol Use: ✓Yes __No        Date Last Used: _2 beer 2x month_ - 8-15-0(

Drug Use: __Yes __No        Date Last Used: _Coccain \ 2_

History of Withdrawals: __Yes ✓No        Bug of close MJ.
                                         30mg, flex —
History of Alcohol DT's: __Yes ✓No        Benadryl - x 3 years / Klonpi

**Current Physical Complaint/Problems:** __Yes __No

Specify: __Heart problems (type) __Diabetes __Head Injury __High Blood Pressure __Stroke
__Thyroid Disease __Ulcers __Pain __Other (specify): _____

Current Medications: _imipramine 50mg_

**Assessment Priority:**                              Panic- scared
__Routine  __Urgent (next regular visit)  __Emergent (within 24 hours)   of people here

Inmate consents to mental health assessment: __Yes __No    Afraid- loosing —
    Related to stress.

---

**Mental Health Use Only:**

te Received: _____     Date Seen: _____     Received By: _____

Assess By: _____

__Routine __Urgent __Emergent

Initiated By: _____ Detention Center _____ BCMHC _____ Family

Imipran

## BERKELEY COUNTY DETENTION CENTER
### REQUEST TO STAFF MEMBER

DATE: 10-9-01 TO: Medical Staff

CELL#: B-7 NAME: Paul Valdez

WORK ASSIGNMENT: _____ BUNK #: _____

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF NECESSARY)

I have been experiencing Migraine Headaches
for a Day and a half. I have had trouble
with them in the past. I normally had
two tablets to take as needed at a
long lasting capsule. I didn't really
need them while I was on the drug stravitol,
but _____ for my headaches
_____ I have nausea, diarrhea and
blurred vision. I should be on some migraine med's and
even Buspar if you won't allow me klonopin as
these headaches are stress related and debilitating.
please keep this request in my medical file here
if you don't give me some treatment. I want
these to be around all my request for treatment.

DISPOSITION BY STAFF MEMBER:

DATE: _____ SIGNATURE: _____

OVO/→

has been brought to my attention that several items that have been stolen out of my cell were actually stolen by him and traded for items, in accuse of stolen by his [...] to convince me to do more. He has convinced [...] and several others knowing I would decline to [...] only to have to ask. I realize I must be able to resolve my own problems but I [...] [...] those we face relative because of his [...] slim path that works me [...] [...] [...] [...] to resolve my [...] [...] [...] promises, So [...] that [...] [...] intervention. There is a bunch of [...] [...] friends who [...] current inmates. There are also 2 people leaving some this week and [...] too [...]. I am still in good mental health and I promise I will continue to try to resolve [...] problems with a peaceful resolution being the goal.

Please consider my request and let me know as [...] [...] [...] [...] truly challenging.

[...]

@ foot & (?) Cove ?   ~9:00 v, R   int, Crab-like positn
on her Red Bed w/ head near footboard + feet near cent.
rope w/ knot around neck w/ knot @ (R) neck, ceiling fa
@ feet on bed, rope tied to head board, post,

**✱ Pt = (R) handed**

Valdez

Paul
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
DOB-2/15/67
Charlton-

Paul - hp
DOB-2/15/67

Percocet &
thyroid &
Pt + dr. acciden.
cocaine + Pct

Remeron = anti
deprss

Dextrostat { 4 Dr
upon, CVS Viasole

Imipramine HCl
anti-depressant &
CHF, HTN, Guanisdr.
Klonopin

Synthroid
Artenolol
"water pill" - Blue
Dr. Fata Carr - Pt Pt
Dr. Estefeno - Col Ba
Dr. P. Campbell.

Meds →

<u>Rt meds inc: Levothyroxine (Synthroid)</u>
Albuterol Inhaler,

Paul Valdez

4551

**BERKELEY COUNTY DETENTION CENTER CLINIC**
300 California Avenue
Moncks Corner, SC 29461

Phone: 843.719.4551

Fax: 843.719.4552

**PPD QUESTIONNAIRE**

NAME: _Paul Valdez_    SOC. SEC #: _250 29 7068_

EMPLOYER/POD: _BCDC_    DATE OF BIRTH: _021567_

POSITION/CELL: _A 4_    TODAYS DATE: _092701_

Have you ever had a skin test for tuberculosis before? Yes____ No _✓_

    If yes, when was the last test? ____/____/____ Don't remember _exact date ~05/01_

    What was the result?  Positive _____  Negative _✓_  Don't remember _____

    If Positive:        Date: _____

                Location: _____

                Treatment: _____

                Comments: _____

Have you ever received an immunization for tuberculosis?  Yes _____  No _✓_

    If yes, what year? _____  Don't remember _____  What Country? _____

Have you ever had an adverse reaction to a skin test for tuberculosis?  Yes _____  No _✓_

    If yes, explain: _____

Have you ever been exposed to anyone with tuberculosis:  Yes_____  No _✓_

    If yes, explain: _____

Do you have leukemia, lymphoma, or any other form of cancer?  Yes_____  No _✓_

    If yes, explain: _____

Has your doctor ever told you that you have a disease of your immune system?  Yes_____  No _✓_

Do you currently take any medications?  Yes _✓_  No _____

    If yes, list: _____

Do you currently have a fever or any signs of an active infection?  Yes _____  No _✓_
          (night sweats, weight loss, cough, etc.)

    If yes, explain: _____

Are you a health care worker?  Yes_____  No _✓_

The above information is true to the best of my knowledge.  If past positive, signature below authorizes release of informational records pertaining to positive PPD and any flu records (CXR and TX).

X _Paul Valdez_
    (Signature)

1ᵗ Date of PPD _09/27/01_  Mfr: _Connaught_  Lot #: _C069A_ Exp Date
_DS0102_
    Location of PPD: _X_ Left forearm ____ Right forearm
    Date read: _09/30/01_  Results (in mm): _0mm_  Read By: _Brodie RN_

2nd Date of PPD ____/____/____  Mfr: _____  Lot #: _____  Exp Date
____
    Location of PPD: ____ Left forearm ____ Right forearm
    Date read: ____/____/____  Results (in mm): _____  Read By: _____

Referred to: _____  Date _____

B2
Allergy: Trilafon, Haldol

# PHYSICAL ASSESSMENT

NAME __Paul Valdez__   SOCIAL SECURITY # __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__

ATE OF BIRTH __021567__   SEX __Male__   RACE __White__

PLEASE READ THE FOLLOWING CAREFULLY. ANSWER THE QUESTIONS CORRECTLY AND TRUTHFULLY.

HAVE YOU EVER HAD OR DO YOU HAVE NOW THE FOLLOWING: (EXPLAIN ALL YES ANSWERS IN THE SPACE PROVIDED BELOW)

| Condition | yes | no |
|---|---|---|
| 1. Angina/Heart Attack | | ✓ |
| 2. Asthma/Lung Disease | | ✓ |
| 3. Convulsions/seizures | | ✓ |
| 4. Diabetes | | ✓ |
| 5. Tuberculosis/Bronchitis | | ✓ |
| 6. Positive TB Skin Test | | ✓ |
| 7. Allergies of any kind | ✓ | |
| 8. High Blood Pressure | | ✓ |
| 9. Jaundice/Hepatitis | | ✓ |
| 10. Kidney/urinary Problems | | ✓ |
| 11. Admission to hospital | ✓ | |
| 12. Mental/emotional problems (depression, anxiety, etc.) | ✓ | |

| Condition | yes | no |
|---|---|---|
| 13. Restricted activity | ✓ | |
| 14. Weakness or Paralysis | ✓ | |
| 15. Persistent numbness or tingling | | ✓ |
| 16. Frequent/Severe headaches | | ✓ |
| 17. Dizziness/Fainting | ✓ | |
| 18. Temper/violence problems | | ✓ |
| 19. Serious Illness, injury, Surgery | ✓ | |
| 20. Tobacco/Drug/Alcohol | ✓ | |

Explain __Wears glasses for nearsighted per I/M__
(3) Yes- last 30 days ago - ? witnessed by B14
(11) Depression - Palmetto Baptist Hospital Columbia - May 24
June 1997 Hyperthyroid toxicosis (12) Panic Anxiety DO, PTSD, Agoraphobia, borderline Personality DO (13) can't run, walk very far or fast

Have you turned in a medical slip since admission? YES____ NO __✓__

Have you been taking any meds previously that you are not presently taking but believe you should be? YES __✓__ NO ____ __Synthroid, Klonopin__

Are you now on any drug/medication? (prescription/non-prescription; exclude birth control pills)? YES __✓__ NO ____ __Imipramine__   TID

Explain _____

_____

**The answers to this health assessment questionnaire are true to the best of my knowledge and belief.**

Applicant's Signature __Paul Valdez__   Date __092501__

(14) Yes (17) Yes (19) Graves Dz dx 1997 - Radioactive Iodine tx 1997 (20) cigarettes 1pp 4 days x 84 yrs Cocaine, narcotics, codeine, MJ, Beer- 6pk Dwsk

## TO BE COMPLETED BY EXAMINER

1. Height: _5'2"_ Inches     Weight: _255_ Lbs.     2. BP _110/68_ Pulse _84_ Resp _18_
Temp _97.6 oral_

3. EARS:

4. VISION:  Corrected:   YES   (NO)
Right Eye      20/ _50_
Left Eye       20/ _50_
Both Eyes     20/ _50_

**Check each item in appropriate column:**

|  | Normal | Abnormal |  | Normal | Abnormal |
|---|---|---|---|---|---|
| 5. Head, Face, and Scalp |  |  | 13. Skin |  |  |
| 6. Ears |  |  | 14. Coordination/equilibrium |  |  |
| 7. Eyes |  |  | 15. Psychiatric |  |  |
| 8. Mouth and Throat |  |  |  |  |  |
| 9. Neck |  |  |  |  |  |
| 10. Chest and Lungs |  |  |  |  |  |
| 11. Heart |  |  |  |  |  |
| 12. Abdomen |  |  |  |  |  |

**Note:  Describe every abnormality in detail with item number before each statement.**

Anything bothering you today about your health?  _no_

Any history of seizures, asthma or diabetes?

Have you ever been hospitalized overnight for any illness? _graves disease_

Any possibility that you could be pregnant?  _no_

_Follow appointment 2.00 mg_

**EXAMINER:**   Marcus Schaefer, MD, MPH
Berkeley County Detention Center
300 California Avenue
Moncks Corner, SC  29461
843-719-4551

_M Schaefer_
_9-26-01_

WAYNE DeWITT
SHERIFF

L. R. HEROD
CHIEF DEPUTY

Date: 092401

REF: Consent to Release Medical Information

To Whom It May Concern:

I, Paul Valdez am requesting that a copy of my medical records be sent to Dr. Marcus Schaefer at the Berkeley County Detention Center in Moncks Corner, South Carolina.

Date of Birth: 021567
Social Security Number: 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 (Dr Bue)
Office / Clinic / Hospital Treated: Dr Buist (MUSC) endocrine, Dr Estefano (Taylor St. Columbia) psych
From 010100 To Present
Information to be used for: to provide medical care/treatment while incarcerated
Information / Records requested: last visit note, recent labwork, current medications with diagnoses, prognosis

Berkeley County Detention Center
Attn: Dr. Schaefer
300 California Ave.
Moncks Corner, SC 29461
Fax # (843) 719-4552   Phone # (843) 719-4551, or (843) 723-3800 ext. 4551

Thank you in advance,

Dr. Marcus Schaefer
Medical Supervisor
Berkeley County Detention Center

Paul Val___                         9/28/01
Signature of Inmate                 Date

Pamela J Brodie RN                  092401
Witness                            Date

Berkeley County Sheriff's Department



WAYNE DeWITT
SHERIFF

L. R. HEROD
CHIEF DEPUTY

BERKELEY COUNTY DETENTION CENTER
CAPTAIN CLIFFORD McELVOGUE
ADMINSTRATOR
FAX: (843) 719-4552
CLINIC PHONE: (843) 723-3800 (ext 4551) or
(843) 719-4551

## FAX COVER SHEET

1-803-779-7500

DATE: __092401__

TO: __Dr Estefano (sp?) Medical Records
Attention: Rosa__

FROM: __Paula__
BERKELEY COUNTY DETENTION CENTER

TOTAL PAGES INCLUDING THIS COVER SHEET: __2__

MESSAGE:
__See attached — Thanks__

SEP-24-01 09:28 AM    BE.K. CO. DETENTION CENT    1 843 719 4552    P.02

MRN 83825
Ⓧ



'AYNE DeWITT
SHERIFF

L. R. HEROD
CHIEF DEPUTY

Date: __O92401__

**REF: Consent to Release Medical Information**

To Whom It May Concern:

I, __Paul Valdez__ am requesting that a copy of my medical records be sent to Dr. Marcus Schaefer at the Berkeley County Detention Center in Moncks Corner, South Carolina.

Date of Birth: __021567__
Social Security Number: __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 (Dr Buist)__
Office / Clinic / Hospital Treated: __Dr Buist (musc) endocrine, Dr Estepano (Taylor St. Columbia) psych__
From __010100__ To __Present__
Information to be used for __to provide medical care/treatment while incarcerated__
Information / Records requested: __last visit note, recent labwork, current medications with diagnosses, prognosis__

Berkeley County Detention Center
Attn: Dr. Schaefer
300 California Ave.
Moncks Corner, SC 29461
Fax # (843) 719-4552    Phone # (843) 719-4551, or (843) 723-3800 ext. 4551

Thank you in advance,

Dr. Marcus Schaefer
Medical Supervisor
Berkeley County Detention Center

__Paul Val__
Signature of Inmate

Date __9/__/01__

__Paula J Brodie RN__
Witness

Date __092401__

COPY-MED, INC
| | | |
|---|---|---|
| ADM 10/10/97 + 2/22/98 | | |
| FS ___ | | LAB ___ |
| DS ___ | | OP ___ |
| H&P ___ | | PATH ___ |
| DR.O. ___ | | N.N. ___ |
| PROG.N. ___ | | EKG ___ |
| CONS ___ | | OPD ___ |
| XRAY ___ | | ER ___ |
| DATE 9/25/01 BY SKW | | |

Berkeley County Sheriff's Department

**VALDEZ, PAUL K.**

Rx#: 6623980
Date: 09/23/2001

If you have any questions, please feel free to
contact  at (843) 553-3185
or Dr. ESTEFANO at ( )  -

IF YOU HAVE CONCERNS ABOUT TAKING THE
MEDICATION BELOW. PLEASE CONTACT YOUR
PHARMACIST OR PHYSICIAN IMMEDIATELY.

**WAL★MART** PHARMACY

(843) 553-3185

ESTEFANO, ALFONSO SALE MD

803-779-7500

Directions:    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY

# IMIPRAM HCL 50MG    TAB GENE

IMIPRAMINE (im-IP-ra-meen)

COMMON USES:  This medicine is a tricyclic antidepressant used to treat depression. It may also be used
to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. STORE
THIS MEDICINE at room temperature, away from heat and light. CONTINUE TO TAKE THIS MEDICINE even if you
feel better. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If
it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.
Do not take 2 doses at once. If you take 1 dose daily at bedtime, do not take missed dose the next
morning.

CAUTIONS:  AFTER YOU START USING THIS MEDICINE, several weeks may pass before you feel the full benefit.
DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. KEEP ALL DOCTOR AND LABORATORY
APPOINTMENTS while you are using this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS,
EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. DO NOT DRIVE,
OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this
medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to
drive or to perform other potentially dangerous tasks. LIMIT YOUR ALCOHOL CONSUMPTION while you are
taking this medicine. This medicine will add to the effects of alcohol and other depressants. Ask your
pharmacist if you have questions about which medicines are depressants. ALCOHOL, HOT WEATHER, EXERCISE,
AND FEVER can increase dizziness. To prevent dizziness or fainting, sit up or stand slowly, especially in
the morning. Also, sit or lie down at the first sign of dizziness or weakness. THIS MEDICINE MAY CAUSE
in       sed sensitivity to the sun. Avoid exposure to the sun, sunlamps, or tanning booths until you know
no   you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a
prolonged period. DO NOT BECOME OVERHEATED in hot weather or during exercise or other activities since
heatstroke may occur. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter,
check with your doctor or pharmacist. FOR WOMEN: THIS MEDICINE HAS BEEN SHOWN TO CAUSE HARM to the human
fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this
medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this
medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS that may occur while taking this medicine include dry mouth,
rowsiness, dizziness, headache, nausea, weakness, diarrhea, excess sweating, heartburn, unpleasant
aste, weight gain, or an increased appetite especially for sweets. If they continue or are bothersome,
heck with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience constipation;
lurred vision or other vision changes; eye pain; fast, slow, or irregular heartbeat; hair loss;
hakiness; fainting; nervousness or restlessness; twitching of the face or tongue; mood swings; loss of
alance; uncontrolled movements of arms and legs or stiffness; difficulty speaking and swallowing;
yes, throat, or tongue; irritability; ringing in the ears; seizures; yellowing of the skin or eyes;
allucinations; or chest pain. If you notice other effects not listed above, contact your doctor, nurse,
r pharmacist.

Copyright 2001 First DataBank, Inc. All rights reserved Database Edition 01.3 Information Expires October 18, 2001

Continued...

**WAL★MART**
PHARMACY

(843) 553-3185   10-2928
603 ST. JAMES AVENUE
GOOSE CREEK,    SC  29445

RECEIPT

ALDEZ, PAUL K.
00 MADELINE DRIVE
OSE CREEK          SC  29445
    572-1073
x. 6623980            TX: 1049191
IMIPRAM HCL 50MG    TAB GENE
DC: 00781-1766-01    QTY: 90
ENE
ESTEFANO, ALFONSO SALE MD
ABP: 4223195
P Ref #: 00000000000
etail Price $28.97        Page No: 1

09/23/2001  VALDPA2
                    **MSC**
                    NEW
                    COPAY

DAW: 0

DS: 30    $2.00

**WAL★MART**
PHARMACY

(843) 553-3185   10-2928
603 ST. JAMES AVENUE
GOOSE CREEK,    SC  29445

RECEIPT

VALDEZ, PAUL K.
400 MADELINE DRIVE
GOOSE CREEK      SC  29445
(843) 572-1073
RX:*6623980            TX: 1049191
IMIPRAM HCL 50MG    TAB GENE
NDC: 00781-1766-01    QTY: 90
GENE
ESTEFANO, ALFONSO SALE MD
NABP: 4223195

09/23/2001
                    **MSC**
                    NEW
                    COPAY

DAW: 0

DS: 30    $2.00

# VALDEZ, PAUL K.

Rx#: 6623980
Date: 09/23/2001

If you have any questions, please feel free to contact at (843) 553-3185
or Dr. ESTEFANO at (  )  -

IF YOU HAVE CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.

**WAL★MART** PHARMACY

(843) 553-3185

ESTEFANO, ALFONSO SALE MD
Phone (  )  -

Directions:    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY

# Drug: IMIPRAM HCL 50MG    TAB GENE

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking astemizole, cisapride, terfenadine. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking carbamazepine, cimetidine, dicumarol, clonidine, fluoxetine, fluvoxamine, guanadrel, guanethidine, guanfacine, a macrolide antibiotic, mibefradil, paroxetine, tramadol, monoamine oxidase inhibitor (MAOI), or a phenothiazine. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of heart conditions. Contact your doctor or pharmacist if you have any

Copyright 2001 First DataBank, Inc. All rights reserved. Database Edition 01.3 Information Expires October 18, 2001



RECEIPT

**WAL★MART**
**PHARMACY**

RECEIPT

**BERKELEY COUNTY DETENTION CENTER**
**REQUEST TO STAFF MEMBER**

DATE: 9/23/01    TO: C. O. STAFF Admin/Medical

CELL#: B-14    NAME: Paul Valdez

WORK ASSIGNMENT:_____ BUNK #:_____

REQUEST (STATE COMPLETELY, GIVING FULL DETAILS. USING BACK OF PAGE IF NECESSARY)

_After Several _____ and_

_____

_____

_____

_____

_____

_____

DISPOSITION BY STAFF MEMBER:

_____

_____

_____

Paul Valdez

DATE:_____ SIGNATURE:_____

092401- No previous requests obtained -
I/M getting Imipramine 50mg PO TID
dropped off WE. Scheduled to See.
Dr Schaefer  092601. Consent obtained
and sent       RTD RN

Pulse 84
BP Ⓛ 118/84

Rec'd 092401
KJDHN

Polse 84
BP 118/84

9-20-01
Rec'd 092401
RDHH

Dear Doctor or Nurse:

My Name is Paul VAlvez. I am in B pod cell 14. I have been diagnoised with multiple mental Illness and have been receiving treatmet untill I got put here in Jail. My mental Illness medicine is here but I have not recieved it in 3 days. I am becomeing very ill and disorented confused. I also have hypo throid disorder and need to take synthroid 200mg on a emty stanach every day. I dont have any but need it vesy bad. Without it I suffer many physical and mental symptoms. Most severe is depression and become suicidal. I have had Nausea and chronic diarehor for 3 days please let me see the doctor I can give him the Names of my Endrocionologist/phsycitristand ⟹

General practioner. I Also
had A Magnet Resonance Imaging
and was diagnised with An
abnormality of my lumbar
spine. I am suffering from
severe back pain and fatauge
I need a diffent matress
And a antiimfamitory pain
killer such as 800mg of Advill
twice a day. Please let me
see a doctor I have crambs
constantly and need Antidiarrea
medicine. Please let me talk
to some one I am scared and
panicing. I have been in trouble
before but this is the first
time I have been in JAil.
Please help me. I feel I cant
get in touch with Anyone to
listen or help me. I know
you are all very busy but After my
condition is stabilize I will Not
Bother you Anymore. Thank-you
for your help   Paul Valde BPPCell 14

Pulse 84
BP ① 118/84

9-21-01
Rec'd 092401
KJDHN

Dear Doctor or Nurse,

My Name is Paul with ___
I am in B pod cell 14. I have
been diagnosed with Multiple ment
Illness and have been _____ ____
until I got ____ ____ I have
mental Illness med ____ here
but I hasn't ___ ____ ___
3 diff ____ ____ bipolar ____ ___
and ____ ____ ____ ____ ____
hypo thyroic ____ ____ I need
take synthroid 200mg on a empty
Stomach every day, I don't have
any but need ____ ____ I can't
without it ____ ____ ____ ____
and mental symptoms. Most
Serie is depression and become
suicidial. I have had Nursing and
chronic ____ ____ but I'd just
let me ____ ____ ____ if I can
give one ____ med on my
Endriclonelogist/phsyciutrist who →

*[handwritten top right:]* 323 Financial Transaction Card Theft Obtaining controlled Substances by fraud/deceit

BERKELEY COUNTY DETENTION CENTER

RECEIVING SCREENING FORM

Name: *Paul K. Valdez*

DOB *2-15-67* RACE *W* SEX *M*

Date of Arrest *9-19-01*
Time of Arrest *1631*
Officer *Conklin*

Booking Officers Visual Opinion

1. Is the Inmate conscious?                                              **1-Yes** No
2. Does the Inmate have obvious pain or bleeding or other symptoms suggesting need for emergency service?                          2-Yes **No**
3. Are there visible signs of trauma or illness requiring immediate emergency or doctor's care?      3-Yes **No**

   A.  If any injuries, how were they received according to Inmate?
_____

                                                        3B-Yes  No

   B.  Were injuries treated prior to admission?
      Where? _____

4. Is there OBVIOUS fever, swollen lymph nodes, jaundice or other evidence of infection which might spread through the jail?        4-Yes **No**
5. Is the skin in good condition and free of vermin?                5-Yes No
6. Does the Inmate appear to be under the influence of alcohol?      6-Yes **No**
7. Does the Inmate appear to be under the influence of barbiturates, heroin or other drugs?    7-Yes **No**
8. Are there any visible signs of alchol/drug withdrawal symptoms?    8-Yes **No**

   A.  Type of alcohol or drug used? _____ Amount? _____
      Frequency? _____ Last used? _____      8B-Yes **No**
   B.  Does Inmate have history of withdrawal?                 9 - Yes **No**

9. Does the Inmates behavior suggest the risk of suicide?            10 -Yes **No**
10. Does the Inmate behavior suggest the risk of assault to staff or other inmates?    11 - Yes **No**
11. Is Inmate carrying medication or does the Inmate report being on medication which should be continuously administered or available?      12-Yes No
12. Are you presently taking medication for diabetes, heart disease, seizures, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder?      13-Yes **No**
13. Do you have a special diet prescribed by a physician?          14-Yes **No**
14. Do you have a history of venereal disease or abnormal discharge?    15-Yes No
15. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? *depression*      **16**-Yes **No**
16. Do you have any known allergies? *Trillion, Haldol*      16A-Yes N
   A.  Are you allergic to any medication?                    17-Yes **No**
17. Have you fainted recently or had a head injury?                18-Yes No
18. Do you have EPILEPSY ?                                        19-Yes No
19. Do you have a history of TUBERCULOSIS?                        20-Yes N
20. Do you have DIABETES?                                         21-Yes N
21. Do you have HEPATITIS?                                        22-Yes N
22. If female, are you PREGNANT?                                  23-Yes N
23. If female, are you currently on. Birth Control Pills?          24-Yes N
24. If female, have you recently delivered?                       25-Yes N
     DENTAL condition?                                  26-Yes

**BERKELEY COUNTY DETENTION CENTER**
**MARCUS SCHAEFER MD**
**300 CALIFORNIA AVE**
**MONCKS CORNER, SC 29461**

MEDICAL RECORD
(INMATES)

NAME: Valdez, Paul     SS# 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

DATE OF BIRTH: 02/15/67

**DATE**

| | |
|---|---|
| 102301 | (Con't) I/M states atty is "Wolf in N Chas". I/M states food tray he is given have "GHP" in them. MS Littlejohn to f/u. RJB RN. |
| 102501 | VO Dr Schaefer Levoxyl/Synthroid 100mcg PO QHS VO Dr Schaefer / RJB RN |
| 111401 | To See Dr Schaefer in clinic per I/M request to have medications increased RJB RN Imipramine    50 mg Am + Imipramine   100 mg 2 q HS A Imipramine 111501 VO Dr Schaefer / RJB RN Coherent - Rational     intelligent Sleep problems — see ¢ chart No referral indicated at this t= |

## Berkeley County Detention Center
### Inmate Chronological

Name: Valdez, Paul     Race: W  Sex: M  DOB: 02/15/67    SSN: 250129170GB

| Date/Time | Incident |
|---|---|
| 09-19-01/1929 | Booked by Jennus - Subject states he has congestive heart failure, hypo glycemia, Graves disease. He is currently taking an anti-depressant Clonapin, atenol.<br><br>Subject gave us a telephone # of 572-1093. Subject states his meds were picked up by agents investigating circumstances of (mothers) death.<br><br>Cpl Jennus<br><br>Paul V____ |
| 102201 | Per C.O. I/M refusing lunch, I/M c̄ shaking hands when Noon meds administered. ? I/M if anything wrong, No reply  RJB RN |
| 102301 | ? by I/M P.D. Debbie Littlejohn if I/M doing OK, replied to I/M atty that I was unaware he had P.D. d/t note from I/M rec'd 092401 States his atty brought meds WE. I/M to A pod door c̄ Atty and CO Thomas, I/M states food/drinks c̄ barbituates in them and he is being drugged by staff ir ____ c̄ several paranoid delusions. Cont |



5-3-03

Treatment

Recommendations?

# FAX TRANSMISSION

## William S. Hall Psychiatric Institute
## Forensic Services

1800 Colonial Drive
Post Office Box 202
Columbia, South Carolina 29202

Fax: (803) 898-1357

ATTN TO Paula

To: Nursing Staff

From: Camilla Jizzi, PhD

Organization: Berkeley County Detention Center

Phone: (803) 898 - 1392

Date: 5/17/02

Fax: (843) 719 - 4552

Subject: records request

Phone: (843) 719 - 4546

Pages: 2 , including this cover sheet.

Comments: Paula - Thanks for your assistance. For now, we just need medical / psychiatric records & if in request notes. If entire record is needed at a later point, shall phone you to make that request. Thanks again!

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential, or otherwise protected from use and disclosure. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use, is strictly prohibited. If you have received this transmission in error, please notify us by phone immediately so that we can arrange for its return to us.

Thank you for your cooperation.

## AUTHORIZATION TO REQUEST/RELEASE INFORMATION

Patient's Name: _Paul Kenneth Valdez_     Medical Record No.: _891-7655_

Patient's Address: _Berkeley County Dtn. Ctr._     SS No.: _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_

Patient's DOB: _2/15/67_

The purpose of the release is to: _obtain info RE: Dx & functioning_

I hereby authorize

- [ ] G. Werber Bryan Psychiatric Hospital (803) 935-7862
- [ ] Byrnes Medical Center (803) 734-6980
- [ ] R.M. Campbell Veterans Nursing Home (803) 261-6734
- [ ] Crafts-Farrow State Hospital (803) 935-7728
- [ ] _____ Community Mental Health Center
- [ ] William S. Hall Psychiatric Institute (803) 734-7041
- [ ] Harris Psychiatric Hospital (803) 231-2611
- [ ] Morris Village (803) 935-7745
- [ ] South Carolina State Hospital (803) 734-6571
- [ ] C.M. Tucker/Dowdy Gardner Nursing Care Center (803) 737-5287
- [x] _Berkeley County Dtn. Ctr._

to release the following information from the medical records of the above-named to:

Name: _Dr. Camilla Tezza_

Address: _WSHPI   Forensic Services_
_PO Box 202      Cola, SC 29202_

Telephone No.: _(803) 898-1392_

Relation to Patient: _evaluating consultant_
_court-ordered evaluation_

PORTION OF THE MEDICAL RECORD TO BE RELEASED:

- [✓] Diagnoses
- [ ] Admission and Discharge Dates
- [✓] Discharge Summary (Summary of Treatment)
- [✓] History & Physical
- [✓] Psychiatric History and Mental Status Examination
- [ ] Consultants Notes

- [ ] Clinical History & Evaluation
- [ ] Individualized Treatment Plan Progress Summaries
- [ ] Physician's Medication Orders
- [✓] Other (Please list) _all psychiatric/medical_
_records  complete record (daily_
_lg, etc) if needed_

Date(s) of Treatment _from Sept 2001_

You may withdraw this consent at any time by written notification to the facility, provided action has not been taken in reliance upon this authorization. Without written notice to withdraw this consent, it expires at the earlier of the listed expiration date or upon the release of the information.

I AM AWARE THAT WHEN MY MEDICAL RECORDS REFLECT INFORMATION CONCERNING PSYCHOLOGICAL OR PSYCHIATRIC IMPAIRMENTS, DRUG ABUSE, AND/OR ALCOHOLISM, AND/OR INFORMATION REGARDING HUMAN IMMUNODEFICIENCY VIRUS (HIV) AND OTHER INFECTIOUS DISEASES, THAT THIS INFORMATION WILL BE RELEASED AS PART OF MY MEDICAL RECORD.

_5/7/02_
_____
DATE

_Paul K Valdez_
_____
PATIENT'S SIGNATURE

STATE REASON PATIENT UNABLE TO SIGN: _____

_____
DATE

_____
AUTHORIZED PERSON/RELATIONSHIP

_Camilla Tezza, PhD_
_____
WITNESS

_____
EXPIRATION DATE

NOTE: The execution of this form does not authorize the release of information other than that specifically described. The information requested on this form is protected by State or Federal laws and will not authorize release of the information specified. All items must be completed. If the information is not complete, we may not be able to comply with your request.

SCDMH FORM
MR7/OCT 93



**South Carolina Department of Mental Health**

William S. Hall Psychiatric Institute
1600 Colonial Drive
P. O. Box 202
Columbia, S.C. 29202

James H. Scully, Jr., M. D.
Director, Division of Education,
Training, and Research
(803) 434-4286

Dalmer P. Sercy
Facility Director
(803) 898-1725

April 24, 2002

Debra K. Littlejohn
Attorney At Law
P. O. Box 1346
Moncks Corner, SC 29461

RE: Valdez, Paul Kenneth
DOB: 02/15/67

Dear Attorney Littlejohn:

The following test was scheduled for the above-named client: **- Psychological Testing - May 1, 2002 @8:30a.m. - Located at William S. Hall Psychiatric Institute in the Cooper Building. This testing could possible last all day. Please prepare your client with breakfast and lunch.** You will may need to arrange transportation for your client to be brought to above referenced appointment on the listed dates and times. You may find it necessary to obtain a transport order signed by a judge directing the detention center, jail, or sheriff's department to bring the patient to the appointment as we do not provide transportation. **The officers must stay with your client until the appointments have been completed.**

Thank you for your cooperation and should you have any questions or concerns, please contact me at 803-898-1385 or fax me at 898-1357.

Sincerely,

Sharon T. Samuels

C: Blair D. Jennings, Deputy, Solicitor
Berkely County Sheriff Dept./Berkely County Detention Center

MENTAL HEALTH COMMISSION:
Elizabeth L. Forrester, Chair, Georgetown
Brenda H. Council, Orangeburg

Priscilla L. Tanner, Johnsonville
Douglas F. Gay, Rock Hill
Harman C. Green, Ph.D., Central

Lias H. Steven, Greenville
James E. Whitford, Sr., M.D., Vice Chair, Goose Creek

V.  RELIEF

*State briefly and exactly what you want the court to do for you.*

2/07/03

Dear Nurse Faula,

I owe you an apology. I am sorry I addressed you in a profane manner. I do have bad days but will never disrespect you again. I do have bad days but will never disrespect you again. question the activities with mine or anyone else medication. I hope you can see I am sincere and will please forgive me for offending you.

Captain McElvogue says he will discuss with you the possacility of returning me to B-Pod. I have been in A-Pod more than 5 months and assure you I have more than learned my lesson.

I humbley ASK you to Accept my Apology And assurance I will not get in any more trouble And give your consent so Captain McElvogue can return me to B-Pod.   THANK-you for Your Consideration

**I declare under penalty of perjury that the foregoing is true and correct.**

Paul Valdez

*Signed this _____ day of _____, 20_____.*

_____
*Signature of Plaintiff*

5

11/22/02    I, Paul Kenneth Valdez, do hereby give permission to Paula Brodie, the Nurse at the BCDC, to provide all my detention center medical records to Dr. Bernard Dupree [I understand this will be a copy.]

Paul Valdz
NAME

11-22-02
DATE

Sgt. R. Key

# Berkeley County Detention Center
## Incident / Discipline Report

10-9-2

C.O. Reporting: _Cpl. Nunley_    Date: _10/03/02_ Time: _1045_

Incident Type: _Trading Medication_    Shift Supervisor: _Sgt. Mitchum_

Staff on Duty: _Cpl. Nunley_ / _PFC Collins_ / _PFC Thompson_
_Put Ketchum_ / _Put Glessner_ / _Put Jett_ /

Inmates Involved: _Paul Valdez_ / _Audie Brabham_ / _James Ryan_

Medical Attention Required?  YES /(NO) Time EMS Notified: _N/A_  Time EMS Arrived: _N/A_

( If any medical attention is required, explain in "Description of Incident" section.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Description of Incident & Action Taken: On the above time and date, I Cpl.
Nunley talked to Inmate Bean who stated that Inmate
Paul Valdez was buying medication from I/M Adie Brabham
and I/M James Ryan with canteen. Inmate James Ryan was
interviewed by myself and Nurse Paula. At this time he stated
"that he wasn't trading his medicine for canteen". No one had
mentioned canteen. Mr. Edmonds and myself interviewed this inmate.
and he denied everything. Next Inmate Audie Brabham talked
to myself and the nurse. At this time I/M Brabham stated
he was not giving I/M Valdez his medicine. At this time.
we had not told him why we wanted to see him. I/M
Brabham was interviewed by Mr. Edmonds and myself at
this time. he gave us a written statement to prove the
same (See Attached). Next Inmate Paul Valdez was interview
by myself and Mr. Edmonds at this time he denied any
of the above statements. All three Inmates were dressed
out and placed in A-Pod I/M Ryan was taken off his med Per Dr. Shot

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notified: Admin. Sgt. YES NO  Lt.: YES NO  Capt.: YES NO  Logged: YES NO

Reporting CO /S/ _Cpl. Nunley_    Date: _10/03/02_

Shift Supervisor /S/ _Sgt. H. Mitchum_    Date: _10/03/02_

Admin. Sgt. /S/ _1st Sgt. T. Riley_    Date: _10/03/02_

Deputy Director /S/ _____    Date: __/__/__

Director/S/ _____    Date: __/__/__

**VOLUNTARY STATEMENT**
(NOT UNDER ARREST)

I, Paul Valden _____, am not under arrest for, nor am I being detained for any

crin . offenses concerning the events I am about to make known to _____ Cpl. Nunley _____.

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the

following information of my own free will, for whatever purposes it may serve.

I am 35 years of age, and I live at 300 California Ave.

I purchased AJ Brabram And Ryans Medication with canteen items for Aprox a week. I apologize And will not engage in Any more such Activity AgAin.

I have read each page of this statement consisting of ___1___ page(s), each page of which bears my signature, and

rections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

at Berkeley County Detention Center , this 7 day of October 2002.

TNESS: Cpl. Nunley

TNESS: _____

Paul Valden
Signature of person giving voluntary statement

## VOLUNTARY STATEMENT
### (NOT UNDER ARREST)

Brabham, Ardie _____, am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to _Mr. Edmonds, and Cpl Nunley_ Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am __57__ years of age, and I live at __MCDC__

I WAS SWAPPING MEDICINE WITH PAUL VALDEZ FOR FOOD OVER THE LAST 10 DAYS.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _BCDC_ , this _10-3_ day of _October_ _1-02_

WITNESS: _Jim Edmonds_

WITNESS: _Cpl. Nunley_

Signature of person giving voluntary statement

## VOLUNTARY STATEMENT
### (NOT UNDER ARREST)

I, Raymond A. Pendygraft _____, am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to Cpl Nunnley

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am 43 years of age, and I live at B-13 300-CAL AVE Moncks Corner, SC.

Being a roommate of Paul Valdez, I have seen him purchase medication from several different inmates over the weeks of rooming Together.

During the last few days or so, my concern has increased due to his loud and disturbing sleep habits.

I also know he has been Taking Klodipin, he said that is what he was taking before the death of his mother.

In my opinion Paul Valdez has a severe drug problem and should be addressed.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at B-13 BCDC _____, this 3rd day of OCT 19 2002

WITNESS: Cpl Nunnley

WITNESS: _____

Raymond A. Pendygraft
Signature of person giving voluntary statement

## VOLUNTARY STATEMENT
### (NOT UNDER ARREST)

, Charles L Bean                                    , am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to CPL Nunley

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am 56 years of age, and I live at BCDC Rm B13 Moncks Corner, SC, I have seen Paul Valdez receive and take medication other than his own. He receives them from AJ Bradham and a man called Ryan. I also knew the pill from Ryan is a Klonopin which is what Paul said he used to take and was having withdrawal from when he killed his mother. The last 3 or 4 days Tony and I have not been able to sleep because of Paul's loud and disturbing sleep habits. It makes you wonder if he is going to flip and try to strangle you. I strongly hope that if he returns from A Pod he is not placed back in B-13

I have read each page of this statement consisting of ___1___ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _____ PM, this 3 Rd day of Oct 2002

WITNESS: Cpl. T Nunley

WITNESS: _____

_____
Signature of person giving voluntary statement

# Berkeley County Detention Center
## Incident / Discipline Report

C.O. Reporting: _Ricafrente Douglas_  Date: _10_ / _1_ / _02_  Time: _0400_

Incident Type: _Medication_  Shift Supervisor: _Sgt Day_

Staff on Duty: _CPl Arnett_ / _PFC Blakely_ / _PVt Ricafrente_

_PVt Brown_ / _PVt Habersham_ / _____

Inmates Involved: _Paul Valdez_ / _____ / _____

Medical Attention Required? YES (NO)  Time EMS Notified: _____  Time EMS Arrived: _____

( If any medical attention is required, explain in "Description of Incident" section.)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Description of Incident & Action Taken: _During Medication call I handed Valdez his medication and it Fell on the Floor. I searched the Floor on my hands and knees and found the Pill on the Floor under the toilett. I handed Valdez the Pill and he threw it in the toilett. This happened at 0400 and it was a Green Pill._

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Notified: Admin. Sgt. (YES) NO  Lt.: YES (NO)  Capt.: YES (NO)  Logged: YES (NO)

Reporting CO /S/ _Ricafrente, Douglas_  Date: _10_ / _1_ / _02_

Shift Supervisor /S/ _Sgt Day_  Date: _10_ / _1_ / _02_

Admin. Sgt. /S/ _____  Date: ___ / ___ / ___

Deputy Director /S/ _____  Date: ___ / ___ / ___

Director /S/ _____  Date: ___ / ___ / ___